# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154502(63)

MATTHEW MAKOWSKI,
      Plaintiff-Appellant,

v

                                    SC: 154502
                                    COA: 327396
                                    Ct of Claims: 14-000260-MP

GOVERNOR and SECRETARY OF STATE,
      Defendants-Appellees.

_____/

      On order of the Court, the motion for reconsideration of this Court's May 10, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      MCCORMACK, J., did not participate because of her prior involvement in this case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2017



Clerk

a0906